# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NATHANIEL TRAVON MARTIN,

    Plaintiff,

v.

JOE LOMBARDO et al.,

    Defendants.

2:17-cv-00806-JAD-CWH

**ORDER**

## I. DISCUSSION

According the Clark County Detention Center ("CCDC") inmate database, Plaintiff is no longer incarcerated at the CCDC. However, Plaintiff has not updated his current address with the Court. The Court notes that pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff must immediately file with the court written notification of any change of address. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice." Nev. Loc. Special R. 2-2. This Court grants Plaintiff until Friday, July 14, 2017, to file his updated address with this Court. If Plaintiff does not update the Court with his current address on or before Friday, July 14, 2017, the Court will dismiss this action without prejudice.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court on or before Friday, July 14, 2017.

///

///

///

IT IS FURTHER ORDERED that if Plaintiff fails to timely comply with this order, the Court will recommend that the case be dismissed without prejudice.

DATED: June 20, 2017.

_____
United States Magistrate Judge